# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**ASHLEY EARY,**

    **Plaintiff,**

v.                                **CASE NO. 2:21-cv-00104**
                                    **HONORABLE DWANE L. TINSLEY**

**ANDERSON EQUIPMENT COMPANY,**
**and JUDY ANDERSON,**

    **Defendants.**

## DISMISSAL ORDER

Plaintiff, Ashley Eary, by counsel, and Defendant, Anderson Equipment Company, by counsel, have informed the Court that Plaintiff's claims against Defendant, Anderson Equipment Company, as presented in her *Complaint* have been **AGREED, COMPROMISED and RESOLVED**. The parties jointly request that this Court **DISMISS** Plaintiff's *Complaint* **WITH PREJUDICE**.

**WHEREFORE**, for the reasons stated herein, it is hereby **ORDERED** and **ADJUDGED** that Anderson Equipment Company, be, and hereby are, dismissed as a party to this action **WITH PREJUDICE**. The Court does further **ORDER** that the above-styled action be stricken from the docket of this Court.

The Clerk is **DIRECTED** to send certified copies of this Order to counsel of record and interested parties as follows:

David M. Adkins, Esq.
The Adkins Law Firm, PLLC
P.O. Box 667
Scott Depot, WV 25560
*Counsel for Plaintiff*

1

Matthew A. Nelson, Esq.
Celeste Webb-Barber, Esq.
Lewis Brisbois Bisgaard & Smith LLP
707 Virginia Street East, Suite 1400
Charleston, WV  25301
*Counsel for Defendant*

**ENTERED** this __24th__ day of March, 2022.

**PREPARED BY:**

_____
Dwane L. Tinsley
United States Magistrate Judge

*/s/Celeste Webb-Barber*
Matthew A. Nelson (WVSB # 9421)
Celeste Webb-Barber (WVSB # 10624)
Lewis Brisbois Bisgaard & Smith LLP
707 Virginia Street East, Suite 1400
Charleston, WV  25301
Matt.Nelson@lewisbrisbois.com
Celeste.Webb-Barber@lewisbrisbois.com
*Counsel for Defendant*

**REVIEWED AND APPROVED BY:**

*/s/David M. Adkins*
David M. Adkins, Esq.
The Adkins Law Firm
P.O. Box 667
Scott Depot, WV 25560
*Counsel for Plaintiff*